# EXHIBIT "A"

JEYSEN ZIVAN YOGARATNAM,

     Plaintiff,

 v.

DEFENDANT "1" a/k/a "DARINA DUBOIS" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

     Defendants.

CASE NO. 2:24-cv-00393

## DECLARATION OF JEYSEN ZIVAN YOGARATNAM

Pursuant to 28 U.S.C. § 1746, I, JEYSEN ZIVAN YOGARATNAM, declare the following:

1. My name is Jeysen Zivan Yogaratnam. I am over eighteen (18) years of age, and I am the plaintiff in the above-captioned lawsuit. I make this affidavit based upon my personal knowledge.

2. This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant "1" a/k/a "Darina Dubois" and JOHN DOE Defendants 1-20 (the "Motion").

3. I have reviewed the Motion as well as the documents referenced therein. I have also reviewed, and am familiar with, the Complaint [ECF No. 1].

4. In support of the Motion, I represent based upon my personal knowledge and on my investigation to date, the factual allegations contained in the following particular paragraphs of the Complaint which directly relate to the narrow form of equitable relief sought by the Motion are believed to be true and correct: ¶¶ 1, 2, 3, 6, 7, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.

5. To be clear, while I believe all allegations in the Complaint to be true, I merely limit this declaration to the cited paragraphs for the narrow purpose of the relief sought by the Motion.

FURTHER DECLARANT SAYETH NAUGHT.

**<u>VERIFICATION</u>**

I, JEYSEN ZIVAN YOGARATNAM, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_Jeysen Yogaratnam_
_____
JEYSEN ZIVAN YOGARATNAM

DATED this 19 day of February 2024.