# EXHIBIT "B"

JEYSEN ZIVAN YOGARATNAM,

    Plaintiff,

v.

DEFENDANT "1" a/k/a "DARINA DUBOIS" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

    Defendants.

CASE NO. 2:24-cv-00393

## DECLARATION OF GEORGIY STANEV

Pursuant to 28 U.S.C. § 1746, I, GEORGIY STANEV, declare the following:

1.     My name is GEORGIY STANEV. I am over eighteen (18) years of age and make this affidavit based upon my own personal knowledge.

2.     I am an employee of CNC Intelligence, Inc. with significant experience in cryptocurrency, blockchain technology and the forensic tracing of stolen cryptocurrency assets.

3.     I have a background in cryptocurrency forensic investigations and hold the following credentials related to forensic cryptocurrency tracing and investigations: Certified Cryptocurrency Investigator (CCI) by Blockchain Intelligence Group and Certified Advanced Ethereum Investigator by Blockchain Intelligence Group.

4.     Among other techniques, I utilize investigative software, including Reactor by Chainalysis Reactor, CipherTrace Inspector and Blockchain International Group's QLUE to track and trace the movement of cryptocurrency transactions throughout multiple blockchains.

1

5. CNC Intelligence's forensic investigations have led to arrests, recovery of cryptocurrency acquired by theft and fraud, and seizure of illicit funds.

6. CNC Intelligence is actively involved in assisting local, state, and federal law enforcement and regulatory agencies around the country to help track, trace and monitor illicit cryptocurrency activities.

7. CNC Intelligence was retained by Plaintiff in this action to track the cryptocurrency that Plaintiff alleges were stolen from them.

8. My tracing of Plaintiff's stolen cryptocurrencies is included in the Complaint, and I represent, based upon my personal knowledge and on my investigation to date, the factual allegations contained in the following paragraphs represent my efforts to trace Plaintiff's stolen cryptocurrencies and are believed by me to be true and correct: ¶¶ 41-44.

9. I tracked the cryptocurrency to identified electronic cryptocurrency wallets held primarily at cryptocurrency exchanges Bitkub, Binance, Blofin, and Tokenlon ("Defendants' Crypto Wallets") as alleged in Plaintiff's Complaint at ¶¶ 44, and 58-60.

10. I have traced Plaintiff's stolen cryptocurrencies to the following Destination Addresses, also identified in the Emergency Motion for Temporary Restraining Order Without Notice Against Defendant "1" a/k/a "Darina Dubois" and JOHN DOES 1-20, which I have reviewed and have confirmed is true and correct:

| No. | Bitkub Destination Address | Funds Traced (USDT) |
| --- | --- | --- |
| 1 | 0x7b7b86bfe06929a7a32aaf9c7bb87c27a816cc7b | (See total below) |
| 2 | 0x3d1d8a1d418220fd53c18744d44c182c46f47468 | (See total below) |
|  |  | Total: 153,900 USDT |

| No. | Blofin Destination Address | Funds Traced (USDT) |
| --- | --- | --- |
| 1 | 0xc383e037ab6872adae3ec35714b8d8cc46bea867 | (See total below) |
| 2 | 0x0e747eb2ff0f26fb77c3a1ea67ee07fac2dbb783 | (See total below) |
|  |  | Total: 1,063,609 |

| No. | Binance Destination Address | Funds Traced (USDT) |
|---|---|---|
| 1 | 0xcacf62c2101dbef8720c32077e67b86eb3b949ef | (See total below) |
| 2 | 0x376795c8b53b69a712f1024cf8537f980eb3bcbf | (See total below) |
| | | Total: 77,763.16356 USDT |

| No. | Tokenlon Destination Address | Funds Traced (BTC) |
|---|---|---|
| 1 | 3JA4StsiJwsgMvnxj8JgchmBEZMTH9mUWm | 3.28654 BTC |
| 2 | 3JMjHDTJjKPnrvS7DycPAgYcA6HrHRk8UG | 3.63019 BTC |
| | | Total: 6.91673 BTC |

11.     It is very easy to move cryptocurrencies on the blockchain. In fact, cryptocurrency can be moved in seconds from wallet-to-wallet or from exchange-to-exchange. Based on my experience, if these assets are not frozen, it is very possible the individuals who stole these assets could move them to a foreign exchange or even worse, a cold wallet, which would prevent Plaintiffs from recovering their stolen cryptocurrency, causing significant, irreparable harm.

FURTHER DECLARANT SAYETH NAUGHT.

**VERIFICATION**

I, GEORGIY STANEV, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of February 2024.

_____
GEORGIY STANEV